156 A.3d 164

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MICHAEL CHAVIS, DEFENDANT–PETITIONER.

November 3, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005592–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

156 A.3d 165

STATE OF NEW JERSEY PLAINTIFF–RESPONDENT, v.
VALENTINO IANETTI, DEFENDANT–PETITIONER.

November 3, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002919–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.